appellants shall file and serve records, briefs and notes of issue for the January 1963 Term on or before December 1, 1962, in which event motions denied.

■ (A) THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. LEWIS GELAC BROWN, Appellant. (B) THE PEOPLE OF THE STATE OF NEW YORK ex rel. JOHN F. WATSON, Appellant, v. J. EDWIN LA VALLEE, as Warden of Dannemora Prison, Respondent.— Motions to withdraw appeals granted. (C) In the Matter of the Claim of ROBERT CEGLIA, Respondent, v. JOHN HOPTER, Appellant. WORKMEN'S COMPENSATION BOARD, Respondent.— Motion granted, by default, without costs.

## (November 7, 1962)

■ ELIZABETH W. MORRIS, Appellant, v. ERNEST B. MORRIS et al., Respondents.— The motion of the defendants-respondents returnable before this court on November 13, 1962, is transferred to the Appellate Division, Second Judicial Department. Present — Bergan, P. J., Coon, Gibson, Herlihy and Taylor, JJ.

## (November 15, 1962)

■ In the Matter of ARTERIAL PLAZA, Respondent, v. RICHARD H. HOOD, as Mayor of the City of Gloversville, Appellant.— Order unanimously affirmed, without costs. No opinion. Present — Coon, J. P., Gibson, Herlihy, Reynolds and Taylor, JJ.

■ DORIS R. BUTLER, Respondent, v. HEBER F. BUTLER, Appellant.— Stay of order appointing receiver granted on the following conditions: (a) That defendant-appellant perfect the appeal and file and serve in mimeographed or printed form record and brief on or before November 26, and be ready for argument during the week of December 3; (b) that defendant-appellant consent to the payment of $1,000 to plaintiff-respondent from the funds on deposit in the State of New York National Bank conditioned also upon payment of an equal sum to defendant-appellant; (c) that defendant-appellant file an undertaking of $10,000. The conditions imposed in granting the stay are not to be deemed a ruling on the merits of any part of the controversy. Bergan, P. J., Coon, Herlihy, Reynolds and Taylor, JJ., concur.

## (November 16, 1962)

In decisions Nos. 1–8: Present — Bergan, P. J., Coon, Herlihy, Reynolds and Taylor, JJ.

■ (A) In the Matter of the Claim of CHRIST BOEHM, JR., Appellant, v. MAISLIN BROS. TRANSPORT, LTD., et al., Respondents. WORKMEN'S COMPENSATION BOARD, Respondent. (B) In the Matter of the Claim of ANDREW LAMORTA, Appellant, v. TRU-COLOR DYE WORKS, INC., et al., Respondents. WORKMEN'S COMPENSATION BOARD, Respondent. (C) In the Matter of the Claim of JOSEPH CIPOLETTI, Appellant, v. WALLACE LIMOUSINE SERVICE et al., Respondents. WORKMEN'S COMPENSATION BOARD, Respondent. (D) In the Matter of the Claim of NUNZIO FERRARO, Appellant, v. WALDORF MOTORS, INC., et al., Respondents. WORKMEN'S COMPENSATION BOARD, Respondent. (E) In the Matter of the Claim of GEORGE GIORDANO, Appellant, v. GENESEE FOUNDRY et al., Respondents. WORKMEN'S COMPENSATION BOARD, Respondent. (F) SCHUYLER KNICKER-

BOOKER, Appellant, v. MOHAWK AIRLINES, INC., Respondent. (G) HAROLD BESTLE et al., Appellants, v. GEORGE WILLIAMS et al., Respondents. (H) JAMES BURTON, Appellant, v. UNITED TRACTION COMPANY, Respondent. (I) HENRY W. BLASE, Appellant, v. LEONARD BOLOGNINO et al., Respondents. (J) VINCENZO DE SANTIS, Appellant, v. FRANK COLOTTI, Respondent. (K) In the Matter of the Claim of MARJORIE LOSS, Appellant, v. ALBANY CASTINGS Co. et al., Respondents. WORKMEN'S COMPENSATION BOARD, Respondent. (L) GID HIGHT, Respondent, v. STATE OF NEW YORK, Appellant.— [In each action] Motion to dismiss appeals granted by default, without costs.

■ (A) JAMES C. FRASER, Respondent, v. MICHAEL J. DE GENNARO, Appellant. (B) CHARLES BROWN, Appellant, v. TOWN OF BOLTON, Respondent. (C) RONALD L. SEGUINE et al., Appellants, v. SARKIS MIHRANIAN, Respondent. (D) NILS JERNBERG, Respondent, v. VIRTIS COMPANY, INC., Appellant. (E) ERIC SCHOLER, Appellant, v. STEPHEN NOCIAN et al., Respondents. ALICE SCHOLER, Appellant, v. STEPHEN NOCIAN et al., Respondents. (F) ANNA PIPER, Appellant, v. JACK PERKINS CONSTRUCTION Co. et al., Respondents. WORKMEN'S COMPENSATION BOARD, Respondent. (G) In the Matter of ROBERT L. DOMINO, Petitioner, v. WILLIAM S. HULTS, as Commissioner of Motor Vehicles, Respondent.— [In each action] Appeal dismissed, without costs, unless appellants shall file and serve records, briefs and notes of issue for the March 1963 Term on or before February 1, 1963, in which event motions denied.

■ EDMUND M. TREDGER, Appellant, v. MARTIN P. CATHERWOOD, Respondent.— Permission to prosecute appeal as poor person granted. Appeal may be perfected upon one typewritten copy of the record and five typewritten copies of the brief.

■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. MADISON V. SMITH, Appellant, v. ROSS E. HEROLD, as Director of Dannemora State Hospital, Respondent.— Permission to prosecute appeal as poor person granted. Appeal may be perfected upon one typewritten copy of the record and five typewritten copies of the brief. Time to perfect appeal extended 90 days. Motion in all other respects denied.

■ (A) THE PEOPLE OF THE STATE OF NEW YORK ex rel. ARTHUR A. WANNAMAKER, Appellant, v. J. EDWIN LA VALLEE, as Warden of Clinton Prison, Respondent. (B) THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. STEVEN SWEET, Appellant. (C) THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. LEON FRANK PARKER, JR., Appellant. (D) THE PEOPLE OF THE STATE OF NEW YORK ex rel. DAVID ALLEN, Appellant, v. WALTER M. WALLACK, as Warden of Wallkill Prison, Respondent. (E) THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JEAN PAUL HERBERT, Appellant. (F) THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. CLARENCE BUSHNOE, Appellant.— [In each action] Permission to prosecute appeal as poor persons granted. Appeal may be perfected upon one typewritten copy of the records and five typewritten copies of the briefs. Motion in all other respects denied.

■ (A) THE PEOPLE OF THE STATE OF NEW YORK ex rel. ARTHUR A. WANNAMAKER, Appellant, v. WALTER M. WALLACK, as Warden of Wallkill Prison, Respondent. (B) THE PEOPLE OF THE STATE OF NEW YORK ex rel. JOHN WILLIAMS, Appellant, v. COMMISSIONER OF CORRECTION et al., Respondents.— [In each action] Motion for permission to appeal to the Court of Appeals denied.

■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. MICHAEL KANE, Appellant, v. J. EDWIN LA VALLEE, as Warden of Clinton Prison, Respondent.— Motion to dismiss appeal granted. Motion in all other respects denied.

■ A. W. GILMORE, Appellant, v. ANNA FILLYA, Respondent. A. W. GILMORE, Third-Party Plaintiff-Appellant, v. C. O. FIELD, Third-Party Defendant-Respondent.— Application to dismiss appeal granted.